UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL GADDIS** | **CIVIL ACTION** |
| **versus** | **NO. 11-1665** |
| **N. BURL CAIN, WARDEN** | **SECTION: "J" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15) and adopts it as the Court's own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Michael Gaddis** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of December, 2011.

UNITED STATES DISTRICT JUDGE